# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00697-CV

**R. F. and D. B., Appellants**

**v.**

**Texas Department of Family and Protective Services, Appellee**

---

**FROM THE 424TH DISTRICT COURT OF BURNET COUNTY,
NO. 42686, THE HONORABLE CHARLES H. VAN ORDEN, JUDGE PRESIDING**

---

## O R D E R

**PER CURIAM**

Appellants R. F. and D. B. filed their notices of appeal on October 30, 2015 and November 4, 2015, respectively. The appellate record was complete November 30, 2015, making appellants' briefs due December 21, 2015. On December 21, 2015, counsel for appellants filed motions for extension of time to file appellants' briefs.

Amendments to the rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motions in part and order counsel to file appellants' briefs no later than January 15, 2016. If the briefs are not filed by that date, counsel may be required to show cause why they should not be held in contempt of court.

It is ordered on December 28, 2015.

Before Justices Puryear, Goodwin, and Field